

ORDERED in the Southern District of Florida on October 09, 2009.

Raymond B. Ray, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                            Case No: 09-25677 RBR
                                                                  Chapter   13
Allan Wells,
Ines Wells,

          Debtors          /

### ORDER SCHEDULING EVIDENTIARY HEARING ON DEBTORS' MOTION TO VALUE COLLATERAL – 5170 SW 60 CT., MARGATE, FL AND DEBTORS' OBJECTION TO CLAIM

On September 9, 2009 at 9:30 AM, the Debtor's Motion to Value [DE 23] ("Value Motion") and Objection to Claim [DE 25] ("Claims Objection") were preliminarily scheduled for hearing and the Court, upon receipt of a dispute existing, does hereby,

ORDER as follows:

1. The subject of the dispute is the real property located at 5170 SW 60 Ct., Margate, Florida ("Margate Property"). The Mortgage on the property is held or serviced by GRP Loan, LLC [Acct: xxxx 6324].

2. GRP Loan, LLC filed an objection to confirmation [DE39].

3. There remains a dispute between the parties regarding the value of the property, as GRP Loan, LLC has not had an opportunity to obtain an appraisal.

4. The primary dispute is whether the Margate Property is or was the residence of the Debtors so as to prohibit stripping and modification of the mortgage held by GRP Loan, LLC.

5. The issue of valuation and whether the Margate Property is the residence of the Debtors as to prohibit stripping and modification of the mortgage held by GRP Loan, LLC is set for special evidentiary hearing on December 1, 2009 at 9:30 AM in Room 308, 299 East Broward Boulevard, Fort Lauderdale, Florida ("Trial Date").

6. Three business days prior to the Trial Date, the Parties shall mark and exchange all exhibits to be used at the above-scheduled evidentiary hearing.

# # #

Submitted by:
Patti W. Halloran, Esq.
3321 Henderson Boulevard
Tampa, Florida 33609